

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00360-CR

**EX PARTE** Guillermo Mena **MONTEJO**

From the County Court, Kinney County, Texas
Trial Court No. 14042CR
H onorable Todd A. Blomerth, Judge Presiding[1]

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on August 24, 2023.

SIGNED August 5, 2025

_____
Irene Rios, Justice

---

[1] Senior Judge Todd A. Blomerth signed the order denying the habeas corpus relief at issue in this appeal.